UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-60237-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED HAQUE,

    Defendant(s).
_____/

## ORDER GRANTING DEFENDANT'S MOTION

This matter is before this Court pursuant to the defendant's motion to prohibit probation from notifying employer, filed October 11, 2006, it is hereby

**ORDERED AND ADJUDGED** that the defendant's motion to prohibit probation from notifying employer is hereby **granted**. The U.S. Probation Officer may not contact the defendant's employer without permission from this Court.

**DONE AND ORDERED** at Miami, Florida, this 20th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Jeffrey H. Kay
       David Joffe, Esquire for Haque
       U.S. Probation Division